PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

## IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF TEXAS
_Houston_ DIVISION

United States Courts
Southern District of Texas
FILED

OCT 06 2025

Nathan Ochsner, Clerk of Court

Steven Arthur Black 02557790
Plaintiff's Name and ID Number

CT Terrell-1300 FM655, Rosharon TX 77583
Place of Confinement

CASE NO._____
(Clerk will assign the number)

1. v. Officer Dalton Lee
Lavaca County Sheriff
38 FM 318, Hallettsville, TX 77964
Defendant's Name and Address

2. LT. Joshua Jones
Fayette County Sheriff
16416 N. Jefferson St., LaGrange, TX 78945
Defendant's Name and Address

3. Officer Steven Krhovjak
Smithville Police Dept
105 NW 4th St, Smithville, TX 78957
Defendant's Name and Address
( DO NOT USE "ET AL.")

See Attached:
4. Defendant
5. Defendant
6. Defendant
Continued on 2&8

---

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form**.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.**

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Case # 4:25-cv-04002   page 1 of 8

9-30-2025

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE _Southern_ DISTRICT OF TEXAS
### _Houston_ DIVISION

Steven Arthur Black   02557790
Plaintiff's Name and ID Number

CT Terrell—1300 FM655, Rosharon TX 77583
Place of Confinement

CASE NO._____
(Clerk will assign the number)

4.  v. City of Weimar/Weimar Police Dept.

106 E. Main St, Weimar TX 78962
Defendant's Name and Address

Continued for 4 5 6 Defendant

5. Colorado County
400 Spring St, Columbus, TX 78934
Defendant's Name and Address

6. District Atty: Jay Johannes
400 Spring St, Columbus TX 78934
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form**.

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

X ~~[signature]~~
9-30-2025

page 2 of 8 case #
4:25-CV-04002

1

# FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment?____YES _✗_NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit:_____

      2. Parties to previous lawsuit:

        Plaintiff(s)_____

        Defendant(s)_____

      3. Court: (If federal, name the district; if state, name the county.)_____

      4. Cause number:_____

      5. Name of judge to whom case was assigned: _____

      6. Disposition: (Was the case dismissed, appealed, still pending?) _____

      7. Approximate date of disposition:_____

X _____ 9-30-2025

2

*page 3 of 8*
*case #: 4:25-cv-04002*

II.    PLACE OF PRESENT CONFINEMENT: CT Terrell Unit

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:    this incident occurred

Have you exhausted all steps of the institutional grievance procedure? ___ YES  X NO  Before my incarceration

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A.    Name and address of plaintiff: Steven Arthur Black 02857290
CT Terrell, 1300 FM 655, Rosharon, TX 77583

B.    Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Officer Dalton Lee - Lavaca County Sheriff
38 FM 318, Hallettsville, TX 77964

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. probable
Lee didn't detain me, Lee admitted he didn't have cause

Defendant #2: Joshua Jones - Fayette County Sherrif
1646 N. Jefferson St, LaGrange TX 78945

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Jones Falsified Probable Cause Affidavit

Defendant #3: Steven Krhoujak: Smithville Police dept
165 NW 4th St., Smithville, TX 78957

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
didn't follow Accepted chain of custody protocols

Defendant #4: City of Weimar / Weimar Police Dept
106 E. Main St, Weimar, TX 78962

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Failed
a proper Background check. Army discharge states
suicidal thoughts, unfit for duty

Defendant #5: Colorado County Tx (municipality)
400 Spring St, Columbus, TX 78934

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Maintained policies, customs or practices inadequate Hiring, Training,
that enabled the constitutional violations against me

#6 defendant continued - "see Attached"

X [signature]
9-30-2025

Case# 4:25-cv-04002    page 4 of 8    3

page 3 - section IV: Parties to this suit (continued) Defendant: Jay Johnns

II.    PLACE OF PRESENT CONFINEMENT: _CT Terrell Unit - 02557790_

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:          this incident occured

Have you exhausted all steps of the institutional grievance procedure? ___ YES _X_NO  BEFore my incarceration

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Steven Arthur Black 02557790_
_CT Terrell, 1300 FM 655, Rosharon, TX 77583_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #2: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Colorado County
#6  OF Fendant #6: District Atty: Jay Johannes
400 Spring St., Columbus TX 78934
Prosecuted Case despite Knowing Lack of
Probable cause existed

Case #
4:25-cv-04002 Page 5 of 8          3    X

9-30-2025

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved.  Describe how each defendant is involved.  You need not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

August 26, 2023, in Colordo County TX, I was pumping gas @ Loves when Lee approached me & began to ask questions. Lee never stated that I was detained, Lee never told me I was not free to go. Joshua Jones: prepared & filed a false affidavit to justify the arrest. Steven Krblojak: failed to maintain proper chain of custody for the rifle that was used as evidence. City of Weimar / Weimar Police Dept: hired Dalton Lee without conducting an adequate background check that would have revealed a general Army discharge for AWOL incidents & documented suicidal thoughts & depression, showing Lee was unfit for duty. Continued- See Attached

VI.   RELIEF:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes. Plaintiff requests compensatory damages, punitive damages against each individual defendant, declaratory judgement of constitutional violations, reasonable atty fees if counsel is retained, & any other relief the Courts deems just & proper jointly & severally against all defendants

VII.   GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

Steven Arthur Black, Steve Black, Steve A. Black, Steven A. Black

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

01088399, 0231386, 0257790

VIII.   SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___YES  X NO

B.  If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): _____

2.  Case number:_____

3.  Approximate date sanctions were imposed:_____

page 6 of 8

Case# 4:25-cv-04002

4      X _____  9-30-2025

**V.   STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Colorado County, TX ("Municipality") — Maintained policies customs + practices of inadequate hiring, training + supervision that allowed these constitutional violations to occur. District Atty for Colorado County Jay Johannes; In a non advocacy role, pushed the case forward despite no probable cause + failed to disclose Lee's misconduct investigation (Brady), Contributing to an unfair trial + due process violations

Lee; additional: Lee fabricated a report to Parole that Steve was shooting @ officers. was not charged for attempted capital murder

**VI.   RELIEF:**

State briefly exactly what you want the court to do for you.   Make no legal arguments.   Cite no cases  or statutes.

**VII.   GENERAL BACKGROUND INFORMATION:**

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

**VIII.   SANCTIONS:**

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?     ____ YES _X_ NO

B.  If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): _____

2.  Case number: _____

3.  Approximate date sanctions were imposed: _____

page 7 of 8

4

X _____

Case # 4:25-cv-04002        9-30-2025

4. Have the sanctions been lifted or otherwise satisfied? \_\_\_\_YES \_\_\_\_NO

C. Has any court ever warned or notified you that sanctions could be imposed? \_\_\_\_YES $\times$ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____

2. Case number:_____

3. Approximate date warning was issued:_____

Executed on: _____
 DATE

(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____ day of _____, 20 _____.
　　　　　　　　(Day)　　　　　　　　　　(month)　　　　　　(year)

(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

page 8 of 8          5