United States District Court
Southern District of Texas
**ENTERED**
November 05, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| STEVEN ARTHUR BLACK, (TDCJ #02557790), | § § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. H-25-4002 |
| DALTON LEE, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

For the reasons set out in this court's Memorandum Opinion and Order entered this date,

this civil action is dismissed without prejudice.

SIGNED on November 5, 2025, at Houston, Texas.

_____

Lee H. Rosenthal
Senior United States District Judge